Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED PETER SMIDT and LAURA BETH RIDEOUT-SMIDT, and the marital community comprised thereof, individually and on behalf of BROTHERS NORTHWEST INVESTMENTS, INC. and BROTHERS NORTHWEST HOMES, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> GEOFF MCPHERSON and ROSIE MCPHERSON, and the marital community comprised thereof; MCPHERSON DEVELOPMENT GROUP, LLC.; VERONICA SHAKOTKO and WILLIAM "BILL" SHAKOTKO, and the marital community comprised thereof; MAHER INGELS SHAKOTKO CHRISTENSEN, LLP, a Washington Limited Liability Partnership; BRUCE SCHMIDT and KRISTI SCHMIDT, and the marital community comprised thereof, <br><br> Defendants. | NO.  11-mc-5008 KLS <br><br> ORDER FOR SUPPLEMENTAL PROCEEDINGS <br><br> *Clerk's Action Required* |

THIS MATTER having come on for hearing upon motion by Plaintiffs and good cause appearing, NOW, THEREFORE,

ORDER FOR SUPPLEMENTAL PROCEEDINGS - 1

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

      IT IS HEREBY ORDERED that Defendants/Judgment Debtors Geoff McPherson and Rosie McPherson appear before the Supplemental Proceedings Judge Karen L. Strombom, at U.S. District Court, Western District of Washington, Union Station Courthouse, 1717 Pacific Avenue, Tacoma, WA 98402, Courtroom F, on **May 10, 2011 at 1:30 p.m.**, then and there to be examined under oath concerning any property Defendants may have and to bring with them the following documents:

      1.    Any and all evidence of any checking, savings, or money market accounts in the name of Defendants Geoff McPherson and Rosie McPherson during the period January 1, 2005 through present.

      2.    Any and all evidence of any earnings, wages, and commissions earned and/or received by Defendants Geoff McPherson and Rosie McPherson during the period January 1, 2005 through present;

      3.    Any and all evidence the Defendants Geoff McPherson and Rosie McPherson have as to any stock brokerage accounts, and any interest in real property;

      4.    Any and all evidence the Defendants Geoff McPherson and Rosie McPherson have as to any motor vehicles or recreational vehicles presently owned at the present time, or any motor vehicles or recreational vehicles in the possession of the Defendants Geoff McPherson and Rosie McPherson at the present time;

      5.    Any and all evidence the Defendants Geoff McPherson and Rosie McPherson have as to any interest in real property owned at the present time and which county each real property is located within;

      6.    Defendants Geoff McPherson and Rosie McPherson income tax returns for the years 2005-2010;

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)

7. Any and all real estate holdings which Defendants Geoff McPherson and Rosie McPherson have or have sold during the time period January 1, 2005 through the present.

8. Any and all interest in any Limited Liability Companies (LLC's); Limited Liability Partnerships (LLP's); and/or any Corporations (Inc) from January 1, 2005 through present.

**YOUR FAILURE TO APPEAR AS SET FORTH AT THE TIME, DATE AND PLACE MAY CAUSE THE COURT TO ISSUE A BENCH WARRANT FOR YOUR APPREHENSION AND CONFINEMENT IN JAIL UNTIL SUCH TIME AS THE MATTER CAN BE HEARD, UNLESS BAIL IS FURNISHED AS PROVIDED IN SUCH BENCH WARRANT AND PURSUANT TO RCW 6.32.010, REASONABLE ATTORNEYS' FEES AND COSTS MAY BE ASSESSED AGAINST YOU**.

DATED this 18th day of April, 2011.

_____
Karen L. Strombom
United States Magistrate Judge

*Presented By:*

LAW OFFICES OF ROBERT B. GOULD

By: _____/s/_____
    Robert B. Gould, WSBA No. 4353
    Attorney for Plaintiff

ORDER FOR SUPPLEMENTAL PROCEEDINGS - 3

LAW OFFICES OF ROBERT B. GOULD
2110 North Pacific St., Suite 100
Seattle, WA 98103-9181
(206) 633-4442 (Phone)
(206) 633-4443 (Fax)